**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

**SENTENCING**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No. 26-20083-01-DDC**

**RODRIGO ALAN CASTRO-SOSA (01),**

**Defendant.**

**Attorney for Government: Trent M. Krug**
**Attorney for Defendant: Bailey Kennedy**

| | | | |
|---|---|---|---|
| **JUDGE:** | **Daniel D. Crabtree** | **DATE:** | **11/10/2026** |
| **CLERK:** | **Megan Garrett** | **TAPE/REPORTER:** | **Kim Greiner** |
| **INTERPRETER:** | **Rosario Garriga** | **PRETRIAL/PROBATION:** | **Jeremiah Schultz** |

☒ For Details of Sentence See Judgment and Commitment Order

☐ Restitution Ordered under 18:3663 $ ________________ on count(s)
$ ________________ on count(s)

☐ **Total Restitution:** $ ____________________

☐ Defendant Fined $ ________________ on count(s)
$ ________________ on count(s)

☐ **Total Fine:** $ ____________________

☒ Defendant Assessed under 18:3013 $ 100.00 on count 1 of Indictment
$ ________________ on count(s)
$ ________________ on count(s)

☒ **Total Assessment:** **$ 100.00**

☐ Count(s) of Indictment to be dismissed by the court on the motion of the United States without objection.
☒ Government ☒ Defendant - Advised of right to appeal
☐ Defendant to voluntarily surrender.
☒ Defendant remanded to custody.
☐ Stay of Execution ☐ Granted ☐ Denied
☒ Notes: Defendant appears in custody with counsel. Interpreter sworn. The defendant is sentenced to the custody of the Bureau of Prisons for a term of time served to be followed by 3 years of supervised release.